*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   December 18, 2014                    519317
_____

In the Matter of RAFAEL
    CORTORREAL,
                        Appellant,

        v                                    MEMORANDUM AND ORDER

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.
_____


Calendar Date:   October 21, 2014

Before:   Lahtinen, J.P., Stein, Garry, Rose and Egan Jr., JJ.

                        _____


        Matthew McGowan, Prisoners' Legal Services, Albany, for
appellant.

        Eric T. Schneiderman, Attorney General, Albany (Julie M.
Sheridan of counsel), for respondent.

                        _____


        Appeal from a judgment of the Supreme Court (Elliot III,
J.), entered November 19, 2013 in Albany County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of respondent finding
petitioner guilty of violating certain prison disciplinary rules.

        Petitioner was charged in a misbehavior report with
smuggling and possessing a controlled substance.  Following a
tier III disciplinary hearing, he was found guilty as charged.
That determination was affirmed on administrative appeal and this
CPLR article 78 proceeding ensued.  Supreme Court dismissed the
petition, and petitioner now appeals.

We affirm.  We reject petitioner's contention that he was improperly denied witnesses during his disciplinary hearing. Inasmuch as the requested witnesses had not previously agreed to testify and each signed a witness refusal form indicating the reason for the refusal, petitioner's right to present witnesses was adequately protected (see Matter of Jamison v Fischer, 119 AD3d 1306, 1306 [2014]; Matter of Tulloch v Fischer, 90 AD3d 1370, 1371 [2011]; Matter of Tafari v Fischer, 78 AD3d 1405, 1406 [2010], lv denied 16 NY3d 704 [2011]).  Petitioner's remaining contentions have been reviewed and are either unpersuasive or have been rendered academic.

Lahtinen, J.P., Stein, Garry, Rose and Egan Jr., JJ., concur.

ORDERED that the judgment is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court